**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MILLARD MITZEL, III, | : No. 421 WAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.